# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DOMINGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.  1:22-cv-00275-JLT-SAB<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS RECOMMENDING DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>ORDER DIRECTING CLERK OF THE COURT TO ISSUE SUMMONS AND SERVE DEFENDANT UNDER E-SERVICE PROGRAM |

On March 7, 2022, Plaintiff Richard Dominguez filed the complaint in this action seeking judicial review of the final decision of Defendant Commissioner of Social Security ("Defendant") denying his application for benefits under the Social Security Act.  (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)  On March 10, 2022, findings and recommendations issued recommending denying Plaintiff's motion to proceed *in forma pauperis*.  (ECF No. 4.)  Plaintiff submitted the filing fee on March 11, 2022.

On April 14, 2020, General Order Number 615 issued staying all Social Security actions filed after February 1, 2020, until the Commissioner may begin normal operations at the Office of Appellate Hearings Operations and may resume preparation of a certified copy of the

administrative record. E.D. Cal. G.O. 615. Pursuant to the general order, all cases are stayed upon filing unless otherwise ordered by the court. On February 16, 2022, following notification from the Commissioner that preparation of administrative records has resumed, General Order Number 644 issued rescinding the Court's temporary stay in Social Security Matters, effective April 1, 2022. E.D. Cal. G.O. 644.

The Court finds that it is appropriate to vacate the findings and recommendations and direct service of the complaint in this action. Plaintiff's application to proceed *in forma pauperis* is now moot and shall be denied on that basis. The matter will be stayed once service has been effected on Defendant, until April 1, 2022, at which time the stay of the action will be automatically lifted. The parties are hereby directed to paragraph 1 of the scheduling order to be issued in this action, which provides that service of the Defendant shall proceed under the Court's E-service program.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed without prepayment of fees, filed March 7, 2022 (ECF No. 2), is DENIED as moot;
2. The findings and recommendations filed March 10, 2022 (ECF No. 4), are VACATED;
3. The Clerk of Court is DIRECTED to issue a summons and new case documents; and

///
///
///
///
///
///
///
///
///

4. The Clerk of Court is DIRECTED to deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of this action along with the summons and complaint.

IT IS SO ORDERED.

Dated:   **March 14, 2022**

UNITED STATES MAGISTRATE JUDGE