# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DOMINGUEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.  1:22-cv-00275-SAB<br><br>ORDER RE: STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g)<br><br>(ECF No. 14) |

Richard Dominguez ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits pursuant to the Social Security Act.  (ECF No. 1.)

On December 2, 2022, the parties filed a stipulation agreeing to a voluntary remand of this matter for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).  (ECF No. 14.)  Pursuant to the terms of the stipulation, on remand, the Commissioner will further develop the record as necessary and issue a new decision.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.  The Court finds good cause exists to grant the parties' stipulated request.

Accordingly, IT IS HEREBY ORDERED that:

1. The above-captioned action be REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand;
2. Judgment is entered in favor of Plaintiff Richard Dominguez and against Defendant Commissioner of Social Security; and
3. The Clerk of the Court is directed to CLOSE this action.

IT IS SO ORDERED.

Dated:   **December 5, 2022**

UNITED STATES MAGISTRATE JUDGE